UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN WILLIAM JOHNSON | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| HOWERIN TRAWLERS, INC. | * | JUDGE |
| | * | |
| | * | MAGISTRATE |

*************************************************************************

## COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint for Damages of JOHN WILLIAM JOHNSON, a person of majority age, with respect represents:

1.

Named Defendant herein is HOWERIN TRAWLERS, INC., a corporation authorized to do and/or doing business in this State and judicial district at all material times.

### FOR A FIRST CAUSE OF ACTION

2.

At all material times, Defendant, HOWERIN TRAWLERS, INC., owned, operated and controlled the F/V MISS JEANETTE B, a commercial shrimping vessel in navigation, and employed Plaintiff, JOHN WILLIAM JOHNSON, as a seaman and crew member of said vessel, for which job Plaintiff earned approximately $6,000.00 per trip, plus found.

3.

On or about September 16, 2016, while the F/V MISS JEANETTE B was engaged in commercial shrimping activity in the Gulf of Mexico, Plaintiff sustained severe, painful, and

permanently disabling injuries to his lumbar spine, and connecting tissues, nerves and muscles as a result of the negligence of Defendant, HOWERIN TRAWLERS, INC., and the unseaworthiness of the F/V MISS JEANETTE B.

4.

Specifically, Plaintiff was attempting to manually guide cable attached to the shrimp nets on to the vessel's main winch spool as the nets were being raised and brought on board the vessel. However, as Plaintiff was performing this assigned chore, the nets were being raised too quickly and the vessel's forward speed was excessive which combined to create an unreasonable amount of strain on the cable. This forced Plaintiff to exert also excessive strain and force on his spine to accomplish his assigned vessel chore of guiding the cable as it fed into the main winch spool.

5.

By reason of the foregoing, Plaintiff has suffered past and future physical and mental pain and suffering, permanent physical disability and loss of wages and wage earning capacity, for which damages Plaintiff seeks and is entitled to recover from Defendant in an amount reasonable under the circumstances of this cause.

6.

Plaintiff brings this cause of action against the aforesaid Defendant pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

**WHEREFORE**, Plaintiff, JOHN WILLIAM JOHNSON, prays for judgment in his favor and against Defendant, HOWERIN TRAWLERS, INC., for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as

allowed by law, and for any additional general and equitable relief to which Plaintiff may be entitled under the circumstances of this cause.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
itaylor@lksalaw.com

**PLEASE WAIVE SERVICE:**

HOWERIN TRAWLERS, INC.
Through their attorney of record:
Rufus Harris, Esq.
Harris & Rufty, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, LA  70130